```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GORDON SURGICAL GROUP, P.C., *et al.*,

              Plaintiffs,

-v-

EMPIRE HEALTHCHOICE ASSURANCE, INC., *et ano*,

              Defendants.

**ORDER**

24-CV-8547 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 9, 2025, the Court held a conference to discuss the parties' case management plan. By agreement of the parties, formal discovery is stayed in this proceeding until the Court issues a decision on the pending motion to dismiss. After the decision is issued, the parties shall confer regarding a revised case management plan (the "Revised CMP") and are directed to submit the Revised CMP within 10 days of the Court's decision on the motion to dismiss.

**SO ORDERED.**

Dated: September 9, 2025
      New York, New York

                                                      Henry J. Ricardo
                                                      United States Magistrate Judge