UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                     :

GORDON SURGICAL GROUP, P.C.;         :
PREMIER MEDICAL ASSOCIATES OF THE : 
HUDSON VALLEY LLP; and NORTHERN   :
WESTCHESTER SURGICAL ASSOCIATES, :        24-CV-8547 (VSB)
LLP,                                         :

                                     :            **ORDER**

                         Plaintiffs,    :

                                     :

              -against-           :

                                     :

EMPIRE HEALTHCHOICE HMO, INC. and   :
EMPIRE HEALTHCHOICE ASSURANCE,     :
INC.,                                       :

                                     :

                    Defendants.   :

                                     :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  March 4, 2026
          New York, New York

                                       _____
                                       Vernon S. Broderick
                                       United States District Judge